

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-20-00041-CV

___

WILLIAM WILSON, APPELLANT

V.

LINWOOD SQUARE APARTMENTS, APPELLEE

___

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2019-006237-1, Honorable Don Pierson, Presiding

___

December 22, 2020

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, William Wilson, appeals from the trial court's *Judgment for Possession* in favor of Appellee, Linwood Square Apartments.[1] Now pending before this Court is the parties' "Joint Motion to Dismiss" in which the parties represent they have reached a settlement and request that we set aside the trial court's judgment and remand the cause to the trial court for rendition of an agreed judgment. The motion is signed by counsel for

___

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

all parties.  Pursuant to Rule of Appellate Procedure 42.1(a)(2)(B), we grant the motion, reverse the trial court's judgment without passing on the merits of the appeal, and remand the cause to the trial court for rendition of judgment in accordance with the agreement of the parties.  Having reversed the trial court's judgment at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam